IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TONY EVANS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| FEDERAL BUREAU OF PRISONS, et al., | ) ) |
| Defendants. | ) Civil Action No. 3:18-CV-1104-C-BN |

## **ORDER**

Before the Court is Plaintiff Tony Evans's Complaint, filed *pro se* and *in forma pauperis* on April 30, 2018. The United States Magistrate Judge screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e) and entered his Findings, Conclusions, and Recommendation on May 1, 2018, recommending that the Complaint be dismissed as time-barred without prejudice to re-pleading a plausible claim for equitable tolling. Evans did not file any objections to the Magistrate Judge's recommendation and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. Evans's Complaint is **DISMISSED WITHOUT PREJUDICE** and Evans may file an amended complaint within fourteen (14) days from the date of this Order that includes a plausible claim for equitable tolling.

If Evans fails to timely amend his complaint, the Court will convert its dismissal to a dismissal *with* prejudice and enter a final judgment accordingly.

SO ORDERED this 7th day of June, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE